IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RANDY A. HART,**

       **Plaintiff,**

v.                                         **Case No. 4:17cv201-MW/CAS**

**GREGORY B. KNOX,**

       **Defendant.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 12. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to honestly disclose all prior cases and because Plaintiff is not entitled to proceed without full payment of the filing fee pursuant to

1

28 U.S.C. § 1915(g). The Clerk shall note on the docket this cause is dismissed pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on July 7, 2017.**

**s/Mark E. Walker            **
**United States District Judge**
